No. 443. SOCIEDAD MARITIMA SAN NICOLAS, S. A., *v.* MONTEIRO. Motion to dispense with printing respondent's brief granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Joseph Cardillo, Jr.* and *Donald F. Mooney* for petitioner.

No. 460. RIELA *v.* NEW YORK. County Court of Tioga County, New York. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Louis Mansdorf* for petitioner. *George Boldman* and *Eliot H. Lumbard* for respondent.

No. 464. PUERTO RICO *v.* SAMPEDRO. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied. *Hiram R. Cancio,* Attorney General of Puerto Rico, *Juan B. Fernandez Badillo,* Solicitor General, and *Arturo Estrella,* Deputy Solicitor General, for petitioner. *Gerardo Ortiz Del Rivero* for respondent.

No. 14, Misc. HALL *v.* HAND, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se.* *John Anderson, Jr.,* Attorney General of Kansas, and *Charles N. Henson, Jr.* for respondent.

No. 155, Misc. STEGALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Rankin,* Assistant Attorney General *Wilkey,* *Beatrice Rosenberg* and *Theodore Gilinsky* for the United States.